**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Dwayne Chance CHADWICK,
Defendant–Appellant.**

No. 13–10271
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Monica F. Markley, Federal Public Defender's Office, Fort Worth, TX, Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before DAVIS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Dwayne Chance Chadwick has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Chadwick has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.